NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
Assistant United States Attorney
International Narcotics, Money
 Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2274
     Facsimile: (213) 894-0142
     E-mail:    benedetto.balding@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-43-GW-4 |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT MIGUEL MARTINEZ-ZAVALA'S MOTION TO DISMISS INDICTMENT |
| v. | |
| DIEGO DIAZ URBANO, et al., | |
| Defendants. | |

On November 4, 2020, the Court held a video-teleconference hearing on defendant Miguel Martinez-Zavala's Motion to Dismiss Indictment for Violation of the Speedy Trial Act (Dkt. No. 75). Defendant agreed to appear telephonically.  Having considered the record and the papers submitted, as well as the argument of counsel, the Court DENIES the Motion and adopts its tentative ruling, attached hereto as Exhibit A.  For the reasons stated on the record and in the tentative ruling, as well as in the Court's prior orders (Dkt. Nos. 76 and 82), defendant is joined for trial with his co-defendants on March 23, 2021, a status conference is scheduled for

March 11, 2021, and the time period of June 9, 2020 to March 23, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

November 12, 2020
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
BENEDETTO L. BALDING
Assistant United States Attorney